M. P. No. 75-123. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for a stay of part 2 of order No. 9033 of the Public Utilities Commission is denied. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Robert J. Ferranty,* for petitioner. *Roberts & Willey Incorporated, Dennis J. Roberts II,* for Rhode

Island Consumers' Council. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.